WHA 555

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

FILED AUG 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Name RAMIREZ GUADALUPE GR
(Last) (First) (Initial)

Prisoner Number # P68785

Institutional Address PBSP-SHU-#C9-208 – P.O. BOX 7500 CRESCENT CITY, CA. 95532.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE RAMIREZ
(Enter the full name of plaintiff in this action.)

vs.

MD DAYALAN N
MR SINNACO
RN NADEY M

(Enter the full name of the defendant(s) in this action)

CV 08 3766 WHA

Case No. ______
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement PELICAN BAY STATE PRISON - SHU.

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES(X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at

08-3766 WHA

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal #07-03619 - SEP 16. 2007 INFORMAL LEVEL WAS BYPASS BY APPEALS COORDINATOR ON SEP 19. 2007

2. First formal level 07-03619 - OCT 19 2007 - P. GRANTED

3. Second formal level 07 03619 NOV. 30 2007 P. GRANTED

4. Third formal level 07 03619 - FEB 4 2008 INCOMPLETE - DIRECTOR RETURN DUE TO 602 NOT HAVING DATE - SUBMITTED. 602 WAS DATED AND RE-SUBMITTED. (DENIED)

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. CLAIM WAS PRESENT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

GUADALUPE RAMIREZ # P68785 (PELICAN BAY STATE PRISON SHU - C9 # 208)
P.O. BOX 7500
CRESCENT CITY, CA. 95532

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

MD PAYALAN N - PRISON EMPLOYEES MD - CTF SOLEDAD
MD SINNACO - PRISON EMPLOYEES MD. CTF SOLEDAD

RN NADEY M PRISON EMPLOYEE'S R.I CTF SOLEDAD

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

THIS IS A COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR DEFENDANTS DELIBERATE INDIFFERENCE TO THE SERIOUS MEDICAL NEEDS OF PLAINTIFF GUADALUPE RAMIREZ, DURING HIS CONFINEMENT BY THE CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION ("CDCR"), AT CALIFORNIA STATE PRISON AT SOLEDAD ("CTF SOLEDAD") PLAINTIFFS IS AND WAS AT ALL RELEVANT TIMES MENTIONED HEREIN AN INMATE IN THE CUSTODY, CONTROL AND CARE OF CDCR EMPLOYEES AT VARIOUS CORRECTIONAL INSTITUTIONS INCLUDING AT CTF SOLEDAD. PLAINTIFF HAS BEEN AN INMATE AT CTF SOLEDAD SINCE JANUARY 28. 2004 UNTIL JANUARY 17. 2008 AT ALL TIMES DURING HIS INCARCERATION PLAINTIFF HAS RELIED ON THE MEDICAL CARE PROVIDERS AT CDCR PRISONS TO PROVIDE HIM WITH THE NECESSARY MEDICAL CARE. AS THE PHYSICIAN MD DAYALAN. N IN THIS POSITION DEFENDANT MD DAYALAN. N

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

CLAIM FOR RELIEF

PLAINTIFF'S MEDICAL CONDITION, AS DESCRIBED HEREIN CONSTITUTES A SERIOUS MEDICAL NEED IN THAT FAILURE TO TREAT THE CONDITION HAS RESULTED IN FURTHER SIGNIFICANT

IS AND HAS BEEN RESPONSIBLE FOR ASSURING THAT ALL INMATES RECEIVED PROPER MEDICAL CARE INCLUDING PROPER DIAGNOSIS AND TREATMENT. AT ALL TIMES MENTIONED DEFENDANT MD DAYALAN N WAS ACTING UNDER COLOR OF STATE LAW, IN THE COURSE AND SCOPE OF HIS EMPLOYMENT AND IS SUED HEREIN IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES

ON 8.17.07 PLAINTIFF COMPLAINT TO THE MEDICAL PERSONNEL ON DUTY (MTA) THAT HE WAS SUFFERING WHAT IT APPEAR TO BE A SPIDER BITE. PLAINTIFF WAS SEEN BY THE PRISONS PHYSICIAN DEFENDANT MD DAYALAN N WHOM IMPROPERLY DIAGNOSED MY CONDITION AS A BOIL. MD DAYALAN N PRECRIBED MEDICATION AND TREATMENT THAT WAS INEFFECTIVE. MD DAYALAN N FAIL TO ORDER LAB WORK

PLAINTIFF IS FURTHER INFORMED AND BELIEVES AND THEREON ALLEGES THAT DEFENDANT MD DAYALAN IS A PROPERLY TRAINED AND LICENSED MEDICAL DOCTOR WHO WAS RESPONSIBLE FOR THE MEDICAL CARE OF ALL INMATES AT CTF SOLEDAD, THIS INCLUDING BUT NOT LIMITED TO, HAVING AUTHORITY TO ORDER AND APPROVE MEDICAL TESTS AND TREATMENTS TO BE DONE.

PLAINTIFF IS INFORMED AND BELIEVES, AND THEREON ALLEGES, THAT DEFENDANTS HAVE ACTED INTENTIONALLY IN THE MANNER DESCRIBED ABOVE AND WITH KNOWLEDGE OF PLAINTIFFS SUFFERING AND THE RISK OF FURTHER SERIOUS HARM THAT COULD RESULT FROM THEIR ACTIONS OR REFUSAL TO ACT. DEFENDANT MD DAYALAN N HAVE, ON A SPORADIC BASIS, FAILED AND REFUSED TO PROVIDE PLAINTIFF WITH VARIOUS ITEMS NEEDED FOR SELF CLEANNESS AS PLAINTIFF CONTINUE TO SUFFERS FROM THESE SYPMTOMS.

AS TO THE DEFENDANT MD SINNACO.

THIS IS A COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR DEFENDANTS DELIBERATE INDIFFERENCE TO THE SERIOUS MEDICAL NEEDS OF PLAINTIFF GUADALUPE RAMIREZ, DURING HIS CONFINEMENT BY THE CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION ("CDCR") AT CALIFORNIA STATE PRISON AT SOLEDAD ("CTF SOLEDAD") PLAINTIFF IS AND WAS AT ALL RELEVANT TIMES MENTIONED HEREIN AN INMATE IN THE CUSTODY, CONTROL AND CARE OF CDCR EMPLOYEES AT VARIOUS CORRECTIONAL INSTITUTIONS INCLUDING CTF SOLEDAD. PLAINTIFF HAS BEEN AN INMATE AT CTF SOLEDAD SINCE JANUARY 28. 2004 UNTIL JANUARY 17. 2008 AT ALL TIMES DURING HIS INCARCERATION PLAINTIFF HAS RELIED ON THE MEDICAL CARE PROVIDERS AT CDCR PRISONS TO PROVIDE HIM WITH THE NECESSARY MEDICAL CARE.

AS THE PHYSICIAN (MD SINNACO) IN THIS POSITION DEFENDANT MD SINNACO IS AND HAS BEEN RESPONSIBLE FOR ASSURING THAT ALL INMATES RECEIVED PROPER MEDICAL CARE INCLUDING PROPER DIAGNOSIS AND TREATMENT. AT ALL TIMES MENTIONED DEFENDANT MD SINNACO WAS ACTING UNDER COLOR OF STATE LAW, IN THE COURSE AND SCOPE OF HIS EMPLOYMENT AND IS SUED HEREIN IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

ON 8.31.07 PLAINTIFF COMPLAIN TO THE MEDICAL PERSONNEL ON DUTY (MTA) HE CONTINUES TO SUFFER'S FROM THESE BOILS SYMPTOMS ON HIS ARMPIT AND RIGHT LOWER LEG. PLAINTIFF WAS SEEN BY PHYSICIAN MD SINNACO.

MD SINNACO FAIL AND REFUSE TO PROVIDE ME WITH AN ADEQUATE EXAMINATION, AS HE WAS UNWILLING TO ASK OR REQUEST PRISON OFFICIALS TO REMOVE OR ADJUST PLAINTIFF'S

RESTRAINTS TO ALLOW MD SINNACO AN OPPORTUNITY TO DO SO, CHOOSING INSTEAD TO BASE HIS PROFESSIONAL DIAGNOSED ON THE EXAMINATION OF A SIMILIAR BOIL/LESION ON MY RIGHT LOWER LEG. MD SINNACO DIAGNOSED MY CONDITION WITH "POSSIBLE" MRSA (METHICILLIN-RESISTANT STAPHYLOCOCCUS AUREUS) A PONTENTIALLY DEADLY STRAIN INFECTION WHICH IS A HIGHLY CONTAGIOUS STRAND THATS OFTEN RESISTANT TO MEDICATION (ANTIBIOTICS) MD SINNACO FORM OF "PROPERLY TREATEN THE POSSIBLE DEADLY INFECTION WAS TO PRESCRIBED (2) TWO DAYS OF ANTIBIOTIC MEDICATION.

PLAINTIFF'S SYPMTOMS OF MRSA SHOWN ENOUGH EVIDENCE TO BE WARRENT BY DEFENDANT (S) TO PROPERLY TREAT THE SERIOUS OF MEDICAL NEEDS

PLAINTIFF IS FURTHER INFORMED AND BELIEVES AND THEREON ALLEGES THAT DEFENDANT MD SINNACO IS A PROPERLY TRAINED AND LICENSED MEDICAL DOCTOR WHO WAS RESPONSIBLE FOR THE MEDICAL CARE OF ALL INMATES AT CTF SOLEDAD, THIS INCLUDING BUT NOT LIMITED TO, HAVING AUTHORITY TO ORDER AND APPROVE MEDICAL TESTS AND TREATMENTS TO BE DONE.

PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT DEFENDANTS HAVE ACTED INTENTIONALLY IN THE MANNER DESCRIBED ABOVE AND WITH KNOWLEDGE OF PLAINTIFF'S SUFFERING AND THE RISK OF FURTHER SERIOUS HARM THAT COULD RESULT FROM THEIR ACTIONS OR REFUSAL TO ACT. DEFENDANT MD ~~DAYALAN~~ SINNACO HAVE, ON A SPORADIC BASIS, FAILED AND REFUSED TO PROVIDE PLAINTIFF WITH VARIOUS ITEMS NEEDED FOR SELF-CLEANNESS AS PLAINTIFF CONTINUES TO SUFFERS FROM THESE SYPMTOMS.

AS FOR THE DEFENDANT M. NADEY RN

DEFENDANT NADEY M RN. IS AND AT ALL TIMES RELEVANT HEREIN WAS EMPLOYED BY THE CDCR AS A REGISTERED NURSE AT CTF SOLEDAD. PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT DEFENDANT NADEY M IS A PROPERLY TRAINED AND LICENSED REGISTERED NURSE WHO IS AND HAS BEEN RESPONSIBLE FOR THE MEDICAL CARE OF ALL INMATES AT CTF SOLEDAD. AT ALL TIMES MENTIONED DEFENDANT NADEY M. WAS ACTING UNDER COLOR OF STATE LAW IN THE COURSE AND SCOPE OF HER EMPLOYMENT, AND IS SUED IN HER OFFICIAL AND INDIVIDUAL CAPACITIES.

PLAINTIFF IS INFORMED AND BELIEVES, AND THEREON ALLEGES THAT DEFENDANTS NADEY M. RN. HAVE ACTED INTENTIONALLY IN THE MANNER DESCRIBED ABOVE AND WITH KNOWLEDGE OF PLAINTIFF'S SUFFERING AND THE RISK OF FURTHER SERIOUS HARM THAT COULD RESULT FROM THEIR ACTIONS OR REFUSAL TO ACT.

ON OCT. 17. 07 DEFENDANT R.N. NADEY M INTERVIEWED PLAINTIFF REGARDING HIS APPEAL AND HIS CONDITION. AT THE INTERVIEW DISCUSSION ABOUT TREATMENT AND DISEASE HISTORY WITH LIFE IMPLICATIONS OF THE MRSA INFECTIONS DEFENDANT RN. NADEY M WAS AWARE WITH THE MRSA CONDITION PLAINTIFF HAS SUFFERED AND CONTINUES TO SUFFER FROM SEVERE PAIN AND DISCOMFORT. PLAINTIFF IS INFORMED AND BELIEVES THEREON ALLEGES THAT DEFENDANT R.N. NADEY M HAVE, FROM AUG 17. 2007 BEEN AWARE OF PLAINTIFF'S NEED FOR TREATMENT OF PAIN DUE TO HIS SYMPTOMS CONDITION. HOWEVER SHE FAILED AND REFUSED TO GRANTED ME ADEQUATE MEDICAL CARE AND HAS CONSPIRED WITH THE

OTHER DEFENDANTS NAMED IN THIS CLAIM TO COVERED UP THEIR ACTIONS; MAKING DEFENDANT RN. NADE-I M EQUAL ACCOUNTABLE AND LIABLE.

INJURY. AND THE ONGOING FAILURE TO TREAT IT IS LIKELY TO CAUSE MORE SERIOUS INJURY. SAID INJURY HAS INCLUDED BUT NOT NECESSARILY BEEN LIMITED TO, EXTREME INFECTIONS AND VERY SEVERE PAIN, AND DISCOMFORT. PLAINTIFF'S MEDICAL CONDITION ALSO SIGNIFICANTLY AFFECTS HIS ACTIVITIES IN PRISON EACH AND EVERY DAY.

AS A PROXIMATE RESULT OF THE DEFENDANTS CONDUCT, PLAINTIFF HAS SUFFERED AND CONTINUES TO SUFFER GENERAL DAMAGES IN THE FORM OF SEVERE PAIN AND SUFFERING AND EMOTIONAL DISTRESS PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT HE WILL CONTINUE TO SUFFER DAMAGES IN THE FUTURE.

AS A FURTHER PROXIMATE RESULT OF DEFENDANTS CONDUCT, PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT HE WILL SUFFER SPECIAL DAMAGES IN THE FUTURE IN THE FORM OF MEDICAL EXPENSES FOR TREATMENT OF HIS CONDITION AND LOSS OF INCOME.

WHEREFORE, PLAINTIFF GUADALUPE RAMIREZ PRAYS FOR JUDGEMENT AGAINST DEFENDANTS AS FOLLOWS.

1. FOR INJUNCTIVE RELIEF IN THE FORM OF PROPER MEDICAL DIAGNOSTIC TESTING AND TREATMENT,
2. FOR GENERAL DAMAGES,
3. FOR SPECIAL DAMAGES,
4. FOR PUNITIVE DAMAGES,
5. FOR REASONABLE ATTORNEY FEES, AND
6. FOR COST OF THE SUIT AND COURT FEES,
7. FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER,

FOR THE AMOUNT OF + $600.000.00,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~AUG~~ 1ST day of AUG, 2008

[signature]

(Plaintiff's signature)

ADDITIONAL SHEET ATTACH

HE WAS UNWILLING TO WAIT FOR C/O'S TO REMOVE MY HANDCUFFS TO ALLOW HIM AN OPPORTUNITY TO DO SO CHOOSING INSTEAD TO BASE HIS DIAGNOSIS ON THE EXAMINATION OF MY LEG AND FEELING AROUND MY ARMPIT. HE PRESCRIBED (CEPHALEXIN. SULFA/TRIME AND ACETAMINOPHEN) FOR BOTH AREAS. WHEN I COMPLAINED TO HIM ABOUT HIS FAILURE /REFUSAL TO EXAMINE MY ARMPIT HE SAID "I FELT IT AND SEEN YOUR LEG, THE MEDS WILL HELP IT!" NONE OF THE TREATMENT HAS BEEN EFFECTIVE. THE FAILURE/ REFUSAL TO PROPERLY EXAMINE THE INFECTED AREAS, AND MIS DIAGNOSIS BY BOTH DOCTORS. DISPLAYS A DELIBARATE INDIFERENCE TO MY SERIOUS MEDICAL NEED. A MEDICAL NEED THAT WAS WORTHY OF COMMENT AND ATTEMPTED TREATMENT BY BOTH DOCTORS. WHO HAVE BEEN NEGLIGENT IN THEIR DUTIES BY FAILING TO PROPERLY TREAT MY PROBLEM, FORCING ME TO ENDURE UNNECESSARY PAIN AND SUFFERING IN DIRECT VIOLATION OF MY CONSTITUTIONAL RIGHTS.

SECTION 'F'

...THROUGH THE RESPONCE. AS ON 8/17/07. DR. DAYALAN IMPROPERLY DIAGNOSED ME WITH A 'BOIL' AND APPLIED TREATMENT THAT WAS INEFFECTIVE THEN ON 8/31/07. I WAS SEEN BY DR. SINNACO WHO FAILED TO PROPERLY EXAMINE MY ARMPIT AND CLAIMS TO HAVE DIAGNOSED ME WITH POSSIBLE 'MRSA' WHICH IS A SERIOUS AND DEADLY INFECTION. BUT FAILED TO ORDER APPROPRIATE LAB WORK (DRAIN AND CULTURE THE LESIONS) INSTEAD ERRONOUSLY CHOOSING TO APPLY 2 DAYS OF ANTIBIOTICS WHICH WHERE INEFFECTIVE AND FAILED TO SCHEDULE ANY TYPE OF FOLLOW UP CARE TO SEE IF THE TREATMENT WAS EFFECTIVE. YET RESPONDENT ERRONOUSLY CLAIMS I RECIEVED PROPER AND APPROPRIATE MEDICAL CARE EVEN THOUGH THE ABOVE STATED PROVES DIFFERENT AND UPON INTERVIEW AND TILL THIS DAY THE SYMPTOMS AND INFECTION CONTINUE TO EXIST. LASTLY RESPONDENT REFUSES TO SEEK AND GRANT PROPER REPRIMAND TO INVOLVED PARTIES FOR THEIR ACTIONS. DISPLAYING RESPONDENTS INTENT TO CONSPIRE WITH SAID PARTIES INORDER TO COVER UP THERE ACTIONS. MAKING RESPONDENT EQUALY ACCOUNTABLE AND LIABLE. IN THIS CLAIM OF ACTION AND ALL OTHERS THAT WILL FOLLOW IN A COURT OF LAW. IN ATTEMPTS TO BE AWARDED COMPENSATORY AND PUNITIVE DAMAGES FOR THIS VIOLATION OF MY RIGHTS ____

H. continue.

treat the need could result in further significant or "unnecessary" and wanton infliction of pain:_

Although i received some treatment, the possibility exists that the treatment i did receive was "so blatantly inappropriate as to evidence intentional mistreatment likely to serious aggravate my condition." which shows Deliberate indifference to my medical needs. moreover it clearly states (see 2ND level appeal Response) Dr, Sinnaco display malpractice and negligence to my medical needs. on 8-31-07 I was seen by Dr. Sinnaco who diagnosed me with "possible" MRSA (Methicillin Resistant Staphylococcus Aureus) A pontentially deadly strain infection which is A highly contagious strand thats often resistant to medication (Antibiotics). Dr Sinnaco form of "properly treaten the possible deadly strain is to prescribed (2) two days of Antibiotic medication. Subsequent Dr Sinnaco fail/Refuse to examine my left armpit, as he was unwilling to wait and/or ask the %s to remove/adjust my restraints. negligently made his diagnose of "possible MRSA" solely on the examination of a similiar lesion on my right lower leg. Subjectively the Symptoms of my problem shown enough evidence (see attached page II (2))

Page II (2) con.

to be warrent by both doctors to properly treat the serious of my medical need. despite my complains of suffering severe pain and discomfort, the continuous of out breaks and advising prison employees (medical Doctors) that these medications were ineffective I was literally ignored.

The 8th Amendment protects my right to medical care. the constitution guarantees prisoners this right. which has been violated by prison employees. civil action will be taken.

**STATE OF CALIFORNIA** **DEPARTMENT OF CORRECTIONS AND REHABILITATION**

CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date: October 17, 2007

To: RAMIREZ, P68785

Subject: **CTF APPEAL LOG # CTF-S-07-03619**
**FIRST LEVEL RESPONSE**

**ISSUE:** Your CDC 602 indicates that August 17, 2007 you were seen for a spider bite or some form of infection in your armpit. It was swollen and causing severe pain and discomfort. Dr. Dayalan gave you antibiotics and a Tetanus shot. August 31, 2007 you informed LVN Payne that the problem wasn't getting any better and you now had one on your right leg. Dr. Sinnaco refused to examine your armpit. You are requesting your medical needs be properly treated immediately, the involved staff be held accountable and reprimanded and that you are compensated.

**APPEAL RESPONSE:** I interviewed you August 17, 2007. August 17, 2007 you were seen by Dr. Dayalan ~~and~~ for a left axillary "boil". You were treated with IM Topical and oral antibiotics. August 31, 2007 you were seen by Dr. Sinnaco who diagnosed possible MRSA for axillary lymphanitis and a right lower leg lesion. You were treated with oral antibiotics for two days. September 16, 2007 you submitted a CDC 7362 for "sharp pains" in your lower back stating that it felt like a "pinched nerve". September 19, 2007 you were seen by Dr. Mendez who reviewed your past treatment (antibiotics). On September 27, 2007 you submitted a CDC 7362 for "reoccurring boils under armpits". You were seen that date by Dr. Friederichs who ordered lab work, drained and cultured your lesion, and prescribed oral antibiotic therapy on an acute and a suppressive schedule. You remain on suppressive therapy. You also were prescribed antibiotic ointment to be applied topically and state that you have received this medication. Prevention was discussed.

An inspection today showed no redness and no lesion remain in your acilla though you continue with mild edema, localized.

At interview today cause, treatment and disease history with life implications were reviewed with you. Your request to be seen was **granted**.

Per Unit Health Record review you received proper and appropriate medical care.

Your request for staff to be reprimanded is **denied**. Inmates do not dictate staff discipline.

Your request for compensation is beyond the scope of medical appeals.

**APPEAL DECISION:** Your First Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Second Formal Level by completing Section "F" of your CDC 602 form, and submitting it to the Institution Appeals Office **within 15 days of the receipt of this response.**

M Nadey RN

**M. NADEY, RN**
**CTF Medical**

KB Sather

**KYLE B. SATHER, DDS**
**Chief Dental Officer**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date: November 30, 2007

To: RAMIREZ, P68785

Subject: **CTF APPEAL LOG # CTF-S-07-03619**
**SECOND LEVEL RESPONSE**

**ISSUE:** Your CDC 602 indicates that August 17, 2007 you were seen for a spider bite or some form of infection in your armpit. It was swollen and causing severe pain and discomfort. Dr. Dayalan gave you antibiotics and a Tetanus shot. August 31, 2007 you informed LVN Payne that the problem wasn't getting any better and you now had one on your right leg. Dr. Sinnaco refused to examine your armpit. You are requesting your medical needs be properly treated immediately, the involved staff be held accountable and reprimanded and that you are compensated.

**APPEAL RESPONSE:** M. Nadey, RN interviewed you August 17, 2007. August 17, 2007 you were seen by Dr. Dayalan for a left axillary "boil". You were treated with IM Topical and oral antibiotics. August 31, 2007 you were seen by Dr. Sinnaco who diagnosed possible MRSA for axillary lymphanitis and a right lower leg lesion. You were treated with oral antibiotics for two days. September 16, 2007 you submitted a CDC 7362 for "sharp pains" in your lower back stating that it felt like a "pinched nerve". September 19, 2007 you were seen by Dr. Mendez who reviewed your past treatment (antibiotics). On September 27, 2007 you submitted a CDC 7362 for "reoccurring boils under armpits". You were seen that date by Dr. Friederichs who ordered lab work, drained and cultured your lesion, and prescribed oral antibiotic therapy on an acute and a suppressive schedule. You remain on suppressive therapy. You also were prescribed antibiotic ointment to be applied topically and state that you have received this medication. Prevention was discussed.

Per Unit Health Record review you received proper and appropriate medical care.

Your request for staff to be reprimanded is **denied**. Inmates do not dictate staff discipline.

Your request for compensation is beyond the scope of medical appeals.

You were dissatisfied with your 1st Level Response. You state that we did not address your request to be "properly treated immediately".

You were interviewed October 3, 2007 by RN Nadey. An inspection today showed no redness and no lesion remain in your acilla though you continue with mild edema, localized. During the interview the cause, treatment and disease history with life implications were reviewed with you. Your request to be seen was **granted**.

Review of your medical file shows that you have been examined numerous times and appropriate care and medication have been provided. You were last examined by M. Cruz, Nurse Practitioner November 14, 2007. Appropriate medications were ordered at that time.

**APPEAL DECISION:** Your Second Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

HCM (A)
**Joseph Chudy, M.D.**
**Chief Medical Officer**

STATE OF CALIFORNIA

BOARD OF CONTROL

# EQUITY CLAIM

BC-1B (REV. 12/88)

SUBMIT TO: STATE BOARD OF CONTROL
GOVERNMENT CLAIMS PROGRAM
P. O. BOX 3035
SACRAMENTO, CA 95812-3035

THIS SPACE IS FOR STATE BOARD OF CONTROL USE ONLY

BEFORE COMPLETING THIS FORM, PLEASE READ THE INSTRUCTIONS ON THE BACK. SUBMIT THREE COPIES OF THIS FORM TO THE STATE BOARD OF CONTROL. YOU MUST COMPLETE EACH SECTION OF THIS FORM OR YOUR CLAIM MAY BE RETURNED TO YOU AS INCOMPLETE.

1. NAME AND MAILING ADDRESS OF CLAIMANT(S):

Name(s) Guadalupe Ramirez #P68785

Ad-Seg O-Wing #216

P.O BOX 689

Mailing Address

City Soledad State Ca Zip Code 93960

2. SPECIFY TOTAL DOLLAR AMOUNT OF CLAIM AS A DIRECT RESULT OF THE ACTION(S): $600,000

3. HOW WAS THE AMOUNT CLAIMED ABOVE COMPUTED? (IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED, PLEASE ATTACH THREE COPIES.) Anticipated future expenses.

4. WHAT ARE THE CIRCUMSTANCES WHICH LED TO THE FILING OF THIS CLAIM? My 8TH Amendment has been violated by Prison employees (Medical Doctors) at CTF Soledad state Prison. This institution is failing to provide the constitutionally required Level of adequate medical care. on 8-17-07 I seen Dr DAYALAN for what appeared to be a spider bite. Dr DAYALAN diagnosed my condition as A "inflated boil" prescribed medication which was ineffective. the Re-occuring of the inflated boils required to be seen again. on 8-31-07 I seen Dr Sinnaco who diagnosed my condition with "Possible" MRSA, A Pontentially deadly strain thats often resistant to Antibiotics medication. despite of the medication and treatment provided being ineffectively. Dr: Sinnaco form of properly treaten the possible (MRSA) deadly strain was to prescribed (2) two days of Antibiotic medication. Subsequently Dr. Sinnaco fail / Refuse to examine my Left armpit as he was unwilling to wait and/or ask the c/os (officials) to remove/adjust my restraints. negligently made his "proffessional" diagnoses solely on the examination of a similiar lesion on my right lower Leg. under these negligence shows enough evidence for claim. "Deliberate indifference to serious medical need"!

5. SEND OFFICIAL NOTICES AND OTHER CORRESPONDENCE TO:

Name DR Dayalan · DR Sinnacco RN NH

Mailing Address Soledad state Prison

P.O. BOX 689

City Soledad State Ca Zip Code 93960

*IF THIS CLAIM IS BEING PRESENTED BY A STATE AGENCY, IT MUST BE SIGNED BY EITHER A MANAGER OR AGENCY BUDGET OFFICER

6. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE (PLEASE SEE NOTICE BELOW):

Signature X Lupe Ramirez Date

Title inmate/claimant

Daytime Telephone Numbers (Please include Area Code)

Claimant ( ) -

Attorney/Representative ( ) -

**YOU MUST ALSO SPECIFY BELOW THE FUNDING SOURCE FOR PAYMENT IF THE BOARD ALLOWS THE CLAIM.

**BUDGET ACT LINE ITEM AND SCHEDULE LETTER

NAME OF FUND OR ACCOUNT

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, TOWN, CITY, DISTRICT, WARD, OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: JUL 22 2008

In re: Ramirez, P-68785
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0717817 Local Log No.: CTF 07-03619

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner Michael Jensen, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I APPELLANT'S ARGUMENT:** It is the appellant's position that while he is at Correctional Training Facility (CTF) he is not receiving proper medical care. The appellant stated medical staff are acting with "deliberate indifference" to his medical needs and they have been negligent in the diagnosis of his medical ailment. The appellant requests to receive proper medical treatment and that the involved doctors and staff be held accountable and reprimanded. The appellant seeks compensatory and punitive damages.

**II SECOND LEVEL'S DECISION:** The reviewer found that there was no indication the appellant was not being treated for his medical complaints. The Second Level of Review (SLR) noted the appellant received ointment and antibiotics for a lesion on his leg and the reoccurring boils under his armpit were drained and antibiotics provided. The staff response reflects the appellant has received care and treatment during the multiple visits to the medical center. The appeal was denied by the SLR.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The Director's Level of Review (DLR) has reviewed the appeal documentation and does not support the appellant's contention that he has not been provided proper medical care and should be awarded punitive damages for CTF medical staff not performing their duties.

The documentation reflects the appellant was seen in 2007 by medical staff on August 17, August 31, September 16, September 19, September 27, October 3, and November 14, concerning boils under his armpit and a lesion on his leg. The documentation reflects staff administered a tetanus shot after the appellant stated he had been bitten by a spider. Staff discussed boil prevention with the appellant and issued antibiotic ointments. The is no evidence the appellant was not provided proper medical care at CTF.

If the appellant believes he needs additional medical attention he should submit a Health Care Services Request. The DLR shall not modify the SLR.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3350.2, 3354

**C. ORDER:** No changes or modifications are required by the institution.

RAMIREZ, P-68785
CASE NO. 0717817
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.



N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP
        Appeals Coordinator, CTF
        Medical Appeals Analyst, CTF

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION ARNOLD SCHWARZENEGGER, GOVERNOR

***INMATE APPEALS BRANCH***

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

February 4, 2008

RAMIREZ, GUADALUPE, P68785
California State Prison, Solano
P.O. Box 4000
Vacaville, CA 95696-4000

RE: IAB# 0717817 CTF-07-03619 MEDICAL

Mr. RAMIREZ:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal is incomplete, please include the following supporting documentation:

- The "Date Submitted" on the form requesting a Director's Level Review

N. Grannis

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

MR. GRCINNIS,

I APOLOGIZE FOR any inconvience. here is the 602. DATED AS Requested. the Date of submission was the same Date AS FORM. BC-1B. BOARD of control. 12.25.07.

thank you.
I/M Ramirez. G
F68785

RECEIVED
APR 11 2008
INMATE APPEALS BRANCH

9849803

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Ramirez | P68785 | D-216 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 8-17-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Boil under (L) armpit

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98.5 P: 60 R: 20 BP: 127/80 WEIGHT: 8-17-07

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

| DATE | TIME | |
|---|---|---|
| 8-17-07 | | S [illegible] |
| | | [illegible] |
| | | O [illegible] |
| | | [illegible] |
| | | A [illegible] |
| | | P [illegible] |
| | | N. [illegible] |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF-C | O-216 | RAMIREZ P68785 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-17-07 | | | Rocephin 1 gm IM — Done |
| 9:55 | Am | | [illegible] 300 mg po QID x 7 days - 3 day supply given |
| | | | Triple antibiotic [illegible] given |
| | | | bid x 15 [illegible]. |
| | | | Motrin 400 mg po [illegible] - - 5 doses given |
| | | | po Pain x 14 days |
| | | TOL | [illegible] on 8-22-07 in O wing N Douglas |
| | | | [signature] 8-17-07 |

ALLERGIES: NKDA

INSTITUTION: CTF

ROOM / WING: O-216

CDC NUMBER, NAME (LAST, FIRST, MI): Ramirez P68785

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

STATE OF CALIFORNIA OSP 07 101929 DEPARTMENT OF CORRECTIONS

9796076

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Ramirez | P68785 | O-246 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 8-31-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Boil under Arm and Leg

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98.8 P: 78 R: 18 BP: 122/70 WEIGHT: 8-31-07

A:

P:

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-31-07 | 1 55 | | 1) Keflex 500mg p.o. QID x 10d. |
| | | | 2) Bactrim DS, i BID x 10d. |
| | | | 3) Tylenol, 650mg p.o. QID PRN pain x 7d |
| | | | C. Sinnaco |
| | | | 8-31-07 |

| ALLERGIES: NKDA | INSTITUTION CTF | ROOM / WING O-216 |
|---|---|---|

Confidential client information See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Ramirez

P68785

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

STATE OF CALIFORNIA OSP 07 101929 DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| -31-07 | | S- Boils x "a week or two". (L) axilla came back (R) leg x 1 wk |
| | | O- (L) axilla - 2 lymph nodes, tender, no signif redness |
| | | (R) LE - (R) lateral lower leg furuncle, 1 cm redness. |
| | | A - (L) Axillary lymphadenitis } MRSA (?) |
| | | - (R) lower leg furuncle |
| | | P - ABX / S.O. |
| | | [signature] C. Sinnaco |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTF | O-216 | Ramirez P68785 |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

8291966

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Ramirez | P68785 | U-216 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 9-27-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Reoccurring boils under Armpit

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 98.8 P: R: BP: WEIGHT: 9-27-07

A:

P:

☐ **See Nursing Encounter Form**

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9/27/07 | 10 00 | 1 | CMP, HgbA1C |
| | | 2 | C+S of drainage (R) axilla |
| | | 3 | Bactrim DS ii Po BID x 10 da, then |
| | | 4 | TCN 500 mg (tetracycline) i Q AM x 60 da |
| | | 5 | Double Antibiotic Oint 60 gm apply BID x 60 da |
| | | | T. Friederichs, MD |
| | | | 9-27-07 |
| | | | "LAY PERSON" |

ALLERGIES: Motrin

INSTITUTION: CTF

ROOM / WING: O-216

CDC NUMBER, NAME (LAST, FIRST, MI): Ramirez P68785

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

STATE OF CALIFORNIA  OSP 07 101929 DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 9/27/07 | 0945 | (S) recurrent axillary boils → 5th one today; Never cultured in past; has taken Cleocin, Bactrim + Keflex in the past |
| | | (O) 1.5 x 1.0 cm furuncle c̄ sl. crusty drainage (Rt) axilla |
| | | (A) probable MRSA furuncles |
| | | (P) Bactrim initially then TCN for 2 mo (suppression) |
| | | (E) frequent handwashing / hygiene |
| | | T. Friederichs T. FRIEDERICHS |
| 10/3/7 | 1315 | 602#07-03619 Partially granted. [illegible] |

INSTITUTION: CTF

HOUSING UNIT: O-216

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Ramirez
P68785

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# LABORATORY REPORT

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Ramirez, P68785 | 27 | 2/17/80 | M | P68785 | 1569645 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 9/27/07 | | 9/27/07 | 23:00 | FRIEDERICHS, MD (CTF) |

| REPORT DATE | REPORT TIME | STATUS | PAGE |
|---|---|---|---|
| 10/01/07 | 12:27 | FINAL | 1 |

| TEST | RESULT OUT OF RANGE | RESULT IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| O-216 | | | | |
| BACTERIOLOGY | | | | |
| SOURCE: | | RIGHT AXILLA | | |
| WOUND CULTURE | | FINAL REPORT | | |
| ORG ISOLATED | 3+ METH. | RESIST. STAPH AUREUS | | |
| CLINDAMYCIN | R >=8 | | | |
| ERYTHROMYCIN | R >=8 | | | |
| GENTAMICIN | | S <=0.5 | | |
| LEVOFLOXACIN | | S 1 | | |
| LINEZOLID | | S 2 | | |
| MOXIFLOXACIN | | S <=0.25 | | |
| OXACILLIN | R >=4 | | | |
| RIFAMPIN | | S <=0.5 | | |
| TETRACYCLINE | | S <=1 | | |
| TRIMETH-SULFA | | S <=10 | | |
| VANCOMYCIN | | S <=1 | | |
| CIPROFLOXACIN | | S 1 | | |
| BENZYLPENICILLIN | R >=0.5 | | | |
| GATIFLOXACIN | | S <=0.5 | | |
| QUINUPRISTIN/DAL | | S 0.5 | | |
| AMOXICILLIN/CLAV | R | | | |
| AMPICIL/SULBACT | R | | | |
| AZITHROMYCIN | R | | | |
| CEFACLOR | R | | | |
| CEFOTAXIME | R | | | |
| CEFTRIAXONE | R | | | |
| CEFUROXIME | R | | | |
| CLARITHROMYCIN | R | | | |
| IMIPENEM | R | | | |

Signature: ________________

FORM 100C

# LABORATORY REPORT

M.Y. Nasir, M.D., Director
Allen Jay M.D., Co-Director and Pathologist

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Ramirez, P68785 | 27 | 2/17/80 | M | P68785 | 1534244 |

| DRAWN DATE | DRAWN TIME | RECEIVED DATE | RECEIVED TIME | PHYSICIAN |
|---|---|---|---|---|
| 8/31/07 | 10:10 | 8/31/07 | 23:00 | DECKER, PA (CTF) |

| REPORT DATE | REPORT TIME | STATUS | PAGE |
|---|---|---|---|
| 9/06/07 | 9:05 | FINAL | 1 |

| TEST | RESULT: OUT OF RANGE | RESULT: IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| WA-317L | | | | |
| MICROBIOLOGY | | | | |
| CT AMP DNA, UR | | NEGATIVE | | NEGATIVE |
| GC AMP DNA, UR | | NEGATIVE | | NEGATIVE |

Signature:________________

FORM 100C

2ND LEVEL

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

OCT 19 2007 NOV 30 2007

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. 2. CTF-S

Log No. 1. 07-03619 2. Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| RAMIREZ, G | P68785 | AD-SEG. | O#216 |

A. Describe Problem: THIS INSTITUTIAN IS FAILING TO PROVIDE THE CONSTITUTIONALLY REQUIRED LEVEL OF ADEQUATE MEDICAL CARE AS THEY HAVE ACTED WITH DELIBERATE INDIFERENCE TO MY SERIOUS MEDICAL NEED AND HAVE BEEN NEGLIGENT IN THEIR ATTEMPTED TREATMENT, DIAGNOSIS AND OVERALL CARE. ON 8.17.07 I SEEN DR. DAYALAN.N. FOR WHAT APPEARED TO BE A SPIDER BITE OR SOME FORM OF INFECTION IN MY ARMPIT. THAT WAS SWOLLEN CAUSING SEVERE PAIN AND DISCOMFORT. HE PRESCRIBED ANTIBIATIC PILLS AND A TETNAUS SHOT AND STATED "IF IT DINT GET BETTER TO COME BACK!" ON 8.31.07 I INFORMED MTA "PAYNE" THAT THE PROMBLEM WASNT GETTING BETTER AND APPEARED TO BE SPREADING. AS I HAD A SIMILAR ONE ON MY RIGHT LEG. SUBSEQUENTLY I WAS TAKEN TO SEE D.R SINNACO. WHO REFUSED TO PROPERLY EXAMINE MY ARMPIT AS

If you need more space, attach one additional sheet.

B. Action Requested: MY SERIOUS MEDICAL NEED BE PROPERLY TREATED IMMEDIATELY, THE INVOLVED STAFF AND DOCTORS BE HELD ACCOUNTABLE, LIABLE AND PROPERLY REPRIMANDED AND I BE AWARDED COMPENSATARY AND PUNITIVE DAMAGES FOR THE VIOLATION OF MY RIGHTS.

Inmate/Parolee Signature: [signature] Date Submitted: 9.16.07

C. INFORMAL LEVEL (Date Received: )

Staff Response: BYPASS

RECEIVED DEC 28 2007 INMATE APPEALS BRANCH

Staff Signature: Date Returned to Inmate:

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED APR 11 2008 INMATE APPEALS BRANCH

Signature: Date Submitted:

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

RECEIVED 5 2007 CTF APPEALS

RECEIVED 19 2007 CTF APPEALS

CDC Appeal Number: 07-03619

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: SEP 19 2007 Due Date: NOV 1 2007

Interviewed by:

See Attached

Staff Signature: [signature] Title: RN Date Completed: 10/18/07

Division Head Approved: [signature] Title: CMO Returned OCT 19 2007

Signature: Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I AM DISSATISFIED WITH RESPONCE AS IT FAILS TO ADDRESS THE ISSUE' RAISED WITHIN THIS APPEAL. RESPONDENT CLAIMS TO HAVE GRANTED MY REQUEST TO BE SEEN' BUT NO SAID REQUEST WAS MADE WITHIN THIS APPEAL INSTEAD I REQUESTED TO BE 'PROPERLY TREATED IMMEDIATELY' WHICH THEY HAVE STILL FAILED TO DO AS MY SYMPTOMS AND INFECTION CONTINUE TO EXIST CAUSING ME TO SUFFER SEVERE PAIN AND DISCOMFORT. FURTHER RESPONDENT FAILS/REFUSES TO ACKNOWLEDGE THE DOCTORS/STAFFS VIOLATION OF MY CONSTITUTIONAL RIGHTS TO ADEQUATE MEDICAL CARE EVEN THOUGH, IT IS CLEARLY DISPLAYED . . .

Signature: [signature] Date Submitted: 10-31-07

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: NOV 05 2007 Due Date: DEC 06 2007

☒ See Attached Letter

Signature: Date Completed:

Warden/Superintendent Signature: J Anderson HCM (A) Date Returned to Inmate: NOV 13 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am dissatisfied with the 2nd level response, as the respondent continuous disregarding the actual claim being contention on this 602 Appeal Form; Per: federal standard "Deliberate indifference to serious medical need" Recent Pertinent medical care case holdings with the ninth circuit include the following – (1) A serious medical needs exists for purpose of constitutional analysis "If the failure to (see Attached H con)

Signature: [signature] Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

CDC 602 (12/87)

STATE OF CALIFORNIA

BOARD OF CONTROL

EQUITY CLAIM

BC-1B (REV. 12/88)

SUBMIT TO: STATE BOARD OF CONTROL
GOVERNMENT CLAIMS PROGRAM
P. O. BOX 3035
SACRAMENTO, CA 95812-3035

THIS SPACE IS FOR STATE BOARD OF CONTROL USE ONLY

BEFORE COMPLETING THIS FORM, PLEASE READ THE INSTRUCTIONS ON THE BACK. SUBMIT THREE COPIES OF THIS FORM TO THE STATE BOARD OF CONTROL. YOU MUST COMPLETE EACH SECTION OF THIS FORM OR YOUR CLAIM MAY BE RETURNED TO YOU AS INCOMPLETE.

1. NAME AND MAILING ADDRESS OF CLAIMANT(S):
Name(s) Guadalupe Ramirez #P68785
Ad-Seg O-Wing # 216
P.O. BOX 689
Mailing Address Soledad Ca. 93960
City | State | Zip Code

2. SPECIFY TOTAL DOLLAR AMOUNT OF CLAIM AS A DIRECT RESULT OF THE ACTION(S): $ +600.00

3. HOW WAS THE AMOUNT CLAIMED ABOVE COMPUTED? (IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED, PLEASE ATTACH THREE COPIES.) Anticipated future expenses.

4. WHAT ARE THE CIRCUMSTANCES WHICH LED TO THE FILING OF THIS CLAIM?

My 8th Amendment has been violated by Prison employees (Medical Doctors), at [illegible]TF - Soledad State Prison. This institution is failing to provide the constitutionally [r]equired level of adequate medical care on 8-17-07 I seen Dr Dayalan for what [a]ppeared to be a spider bite. Dr Dayalan diagnosed my condition as a "inflated [b]oil" prescribed medication which was ineffective. The re-occuring of the inflated [b]oil required to be seen again. On 8-31-07 I seen Dr Sinnaco who diagnosed my [c]ondition with "possible" MRSA, A pontentially deadly strain that's often [r]esistant to Antibiotic Medication. despite of the medication and treatment [p]rovided being ineffectively Dr Sinnaco form of properly treaten [th]e possible (MRSA) deadly strain was to prescribed (2) two days of [an]tibiotic medication. Subsequently Dr Sinnaco fail/Refuse to [e]xamine my left armpit, as he was unwilling to wait and/or ask the [c]o's (officials) to remove/adjust my restraints. negligently made his [p]rofessional "diagnosed solely on the examination of a similiar [l]esion on my right lower leg. under these negligence shows enough [e]vidence for claim "Deliberate indifference to serious medical [n]eed"....

5. SEND OFFICIAL NOTICES AND OTHER CORRESPONDENCE TO:
Name Dr Dayalan & Dr Sinnaco
Mailing Address P.O. BOX 689 - Soledad State Prison -
City Soledad | State Ca | Zip Code 93960

*IF THIS CLAIM IS BEING PRESENTED BY A STATE AGENCY, IT MUST BE SIGNED BY EITHER A MANAGER OR AGENCY BUDGET OFFICER

6. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE (PLEASE SEE NOTICE BELOW):
Signature x Lupe Ramirez | Date 12-25-07
Title* inmate claimant
Daytime Telephone Numbers (Please include Area Code)
Claimant ( ) N/A - | Attorney/Representative ( ) - N/A

**YOU MUST ALSO SPECIFY BELOW THE FUNDING SOURCE FOR PAYMENT IF THE BOARD ALLOWS THE CLAIM.

**BUDGET ACT LINE ITEM AND SCHEDULE LETTER N/A | NAME OF FUND OR ACCOUNT N/A

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, TOWN, CITY, DISTRICT, WARD, OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME Ramirez | CDC NUMBER P-68785 |
|---|---|
| INSTITUTION CTF | HOUSING O-216 |
| TYPE OF TEST Lab | DATE OF TEST 10-5-07 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

- [x] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.
- [ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.
- [ ] A repeat test will be ordered. You will be ducated for this test.
- [ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

[signature]
NAME / TITLE

[signature]
PHYSICIAN SIGNATURE

10/31/07
DATE

ORIGINAL - File in UHR CANARY - Scheduler PINK - Patient

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME Ramirez | CDC NUMBER P-68785 |
|---|---|
| INSTITUTION CTF | HOUSING O-216L |
| TYPE OF TEST Lab | DATE OF TEST 8-31-07 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

- [X] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.
- [ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.
- [ ] A repeat test will be ordered. You will be ducated for this test.
- [ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

NAME / TITLE

PHYSICIAN SIGNATURE

9/14/07
DATE

ORIGINAL - File in UHR CANARY - Scheduler PINK - Patient

STATE OF CALIFORNIA
CDC 7393 (11/02)

DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME Ramirez | CDC NUMBER P68785 |
|---|---|
| INSTITUTION CTF | HOUSING O-216 |
| TYPE OF TEST Blood work | DATE OF TEST 09-27-07 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

- [X] Your test results are essentially within normal limits or are unchanged and no physician follow up is required. MRSA — (+) culture → Rx'd
- [ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.
- [ ] A repeat test will be ordered. You will be ducated for this test.
- [ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

NAME / TITLE

T. Fried [signature]
PHYSICIAN SIGNATURE

10-8-07
DATE

ORIGINAL - File in UHR CANARY - Scheduler PINK - Patient

PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, GUADALUPE RAMIREZ, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the ~~AUG~~ 1ST day of AUG, in the year of 2008 I served the following documents: (set forth the exact title of documents served)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT
U.S COURTHOUSE
450 GOLDEN GATE AVENUE
SANFRANCISCO CA. 94102-3483.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1 day of AUG, 2008

Signed: [signature] (Declarant Signature)

Rev. 12/06

CHIEF, INMATE APPEALS BRA.
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
P.O. BOX 942883
SACRAMENTO, CA 94283-0001

C9-208

JUL 28 2008

# CONFIDENTIAL

– CONFIDENTIAL MAIL –

THIS LETTER WAS OPENED AND SEARCHED IN THE PRESENCE OF THE INMATE ADDRESSEE.

DELIVERED BY ____ OFFICER

RECEIVED BY ____ INMATE

DATE 7/28/08

FSP41-0077-05 (4/08)



GUADALUPE RAMIREZ # P68785
PELICAN BAY STATE PRISON SHU # C9 208
P.O. BOX 7500
CRESCENT CITY, CA. 95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217666
$ 02.36⁰
JUL 31 2008
MAILED FROM ZIP CODE 95531

RECEIVED
AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102 · 3483