FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE RAMIREZ    Plaintiff,

vs.

U.S.C. §42 1983    Defendant.

CASE NO. CV 08 3766 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, GUADALUPE RAMIREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____    - 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _____NO EMPLOYMENT HISTORY_____
4 | _____
5 | _____
6 | 2. Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |    a. Business, Profession or     Yes ____ No _X_
9 |        self employment
10 |    b. Income from stocks, bonds,     Yes ____ No _X_
11 |        or royalties?
12 |    c. Rent payments?     Yes ____ No _X_
13 |    d. Pensions, annuities, or     Yes ____ No _X_
14 |        life insurance payments?
15 |    e. Federal or State welfare payments,     Yes ____ No _X_
16 |        Social Security or other govern-
17 |        ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3. Are you married?     Yes ____ No _X_
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4. a. List amount you contribute to your spouse's support : $ _____
28 |    b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 2 -

1 | and indicate how much you contribute toward their support. (NOTE: For minor
2 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 | _____
4 | _____
5 | 5.   Do you own or are you buying a home?         Yes _____  No __X__
6 | Estimated Market Value: $_____ Amount of Mortgage: $_____
7 | 6.   Do you own an automobile?                   Yes _____  No __X__
8 | Make _____ Year _____ Model _____
9 | Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 | Monthly Payment: $ _____
11 | 7.   Do you have a bank account?   Yes _____ No __X__ (Do not include account numbers.)
12 | Name(s) and address(es) of bank: _____
13 | _____
14 | Present balance(s): $ _____
15 | Do you own any cash? Yes _____ No __X__ Amount: $ ____∅____
16 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 | market value.)  Yes _____ No __X__
18 | _____
19 | 8.   What are your monthly expenses?
20 | Rent: $ _____ Utilities: _____
21 | Food: $ _____ Clothing: _____
22 | Charge Accounts:
23 | Name of Account        Monthly Payment            Total Owed on This Acct.
24 | _____         $ _____           $ _____
25 | _____         $ _____           $ _____
26 | _____         $ _____           $ _____
27 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 | they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 3 -

1
2
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                              Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9         I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  8-1-08                              _Lupe Ramirez_
15     DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Guadalupe Ramirez  P68785</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.        (20%= $0.00)

Dated: 7/17/08                               _____
                                              Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ____Kleppin____
TRUST OFFICE

```
REPORT ID:                                                              PAGE NO:     1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCOUNT NUMBER : P68785                        BED/CELL NUMBER: CF09U 000000208L
ACCOUNT NAME   : RAMIREZ, GUADALUPE            ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS      WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED

     0.00           0.00           0.00           0.00          0.00            0.00
```

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-08                                                       0.00
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE